[6bjreaf] [ORDER APPROVING or DENYING REAFFIRMATION AGREEMENT]

ORDERED.

**Dated: January 4, 2017**

_Karen S. Jennemann_
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                        Case No. 6:16−bk−06048−KSJ
                                                              Chapter 7
Nina Marie Bishop

_____Debtor*_____/

ORDER APPROVING REAFFIRMATION AGREEMENT

   This case came on for hearing on January 3, 2017 on the reaffirmation agreement made by the debtor with the creditor, Suntrust Bank (Doc. No. 11 ). After reviewing the file, agreement and considering the positions of all parties in interest, it is

   ORDERED:

   The reaffirmation agreement is approved as being in the best interest of the debtor or debtors.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.